UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ADAM VIDONI | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-CV-448-NT |
| | ) | |
| THE ACADIA CORPORATION | ) | |

## J U D G M E N T

The defendant's Motion to Dismiss having been granted by the Court on April 27, 2012, judgment is hereby entered for the defendant, The Acadia Corporation, against the plaintiff, Adam Vidoni, and the complaint is hereby DISMISSED.

Dated at Portland, Maine, this 30th day of April.

                                                  CHRISTA K. BERRY
                                                CLERK


                                                By: /s/ Michelle Thibodeau
                                                   Deputy Clerk