# United States Court of Appeals
## For the First Circuit

No. 12-1549

ADAM VIDONI, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

THE ACADIA CORPORATION

Defendant - Appellee

**JUDGMENT**

Entered: August 1, 2012
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Gary F. Lynch
R. Bruce Carlton
Stephanie K. Goldin
Steven J. Mogul
Bernard J. Kubetz